Henry Corn, Appellant, v. Gilbert L. Rosenberg and Others, Composing the Firm of Rosenberg, Kraus & Co., Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Ashton B. Talbot, Respondent, v. Frank A. Babcock and Frank D. Hearn, Impleaded with Harry B. Goodwin, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

In the Matter of the Application of Abraham Scheinberg, Owner, Respondent, for an Order Discharging a Certain Mechanic's Lien, Filed by Abraham Sonken, Lienor, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinon.   Order filed.

Peyton R. McCargo, Respondent, v. Andrew Jergens and Charles H. Geilfus, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Louis J. Wronker, Appellant, v. George F. Titus, Individually and as Inspector of Police of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

In the Matter of Joseph M. Deuel.— Reference ordered.   Settle order on notice.

Harry Ingram v. Thomas F. Murtha and Others.— Appeal dismissed, with ten dollars costs.   Order filed.

In the Matter of Trinity Avenue.— Motion denied on payment of ten dollars costs, leave given as stated in order.   Order filed.

James M. Forrest v. New York and Greenwood Lake Railway Company.— Appeal dismissed, with ten dollars costs.   Order filed.

John G. Oldmixon v. Ernest Sexauer.— Motion denied on payment of ten dollars costs, leave given as stated in order.   Order filed.

Paul R. G. Horst v. William E. Lovdal and Others.— Motion denied, with ten dollars costs.   Order filed.

George V. Hartmann v. Francis J. Schnugg and Others.— Motion denied, with ten dollars costs.   Order filed.

Charles F. Muller and Others, Respondents, v. City of Philadelphia and Others. — Motion denied, with ten dollars costs.   Order filed.

George H. Lawrence and Others v. Edward M. Grout and Others. — Motion granted.   Order filed.

William F. Bishop, Individually and as Trustee under the Will of George G. Bishop, Deceased, Respondent, v. Julius B. Lorge, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Order filed.

Annie C. Haley, Plaintiff, v. Annie Sheridan and Others, Defendants, Impleaded with Margaret Kerr and Mary Tully, Respondents, and The People of the State of New York, Appellant.— Judgment affirmed, with costs, on former opinion.* (O'Brien, P. J., and Clarke, J., dissenting on *McCormack* v. *Coddington,* 184 N. Y. 467.)   Settle order on notice.

Eliza Willing Train, Respondent, v. Elizabeth G. Davis and Others, Defendants, Impleaded with William H. Hollister, Respondent, and George Francis Train Gulager, Appellant.— Judgment affirmed, with costs.   No opinion.   Order filed.

Johanna Fischer, Appellant, v. Julia Langlotz and Others, Respondents.— Judgment affirmed, with costs, on the opinion of the court below.   Order filed.

Bendet Isaacs and Others, as Executors of and Trustees under the Last Will and Testament of Myer Finn, Deceased, Appellants, v. Clarence D. Baldwin and Others, Respondents. (No. 1.) Judgment affirmed, with costs.   No opinion. Order filed.

Joseph Watkins and Solomon Turck, on Behalf of Themselves and All Other Stockholders of American Grass Twine Company Similarly Situated, Appellants, v. Darius O. Mills and Others, Respondents, Impleaded with American Grass Twine Company.— Judgment affirmed, with costs, on *Blum* v. *Whitney* (185 N. Y. 232, 620), with leave to plaintiff to amend on payment of costs in this court and in the court below.   Order filed.

---

* See 107 App. Div. 17.— [REP.